

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00041-CV
_____


## IN THE INTEREST OF A.G. AND M.G., MINOR CHILDREN


On Appeal from the 115th Judicial District Court
Upshur County, Texas
Trial Court No. 509-04


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Marvin Dean Goodson filed a notice of appeal March 31, 2008. The clerk's and reporter's records were due to be filed with this Court on or before June 9, 2008. Goodson is not indigent, and is thus responsible for paying for, or making adequate arrangements to pay for, the clerk's and reporter's records. *See* TEX. R. APP. P. 37.3(b), (c).

On July 15, 2008, we contacted counsel by letter, reminding him that the record was over thirty days past due, and warning that, if we did not receive an adequate response within ten days, we would dismiss the appeal for want of prosecution pursuant to Rule 42.3(b) and (c) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(b), (c).

As of the date of this opinion, we have received no response. The records are now over sixty days past due.

We dismiss the appeal for want of prosecution.


                                        Jack Carter
                                        Justice

Date Submitted:      August 14, 2008
Date Decided:        August 15, 2008

2